

YAAKOV SAKS▲·*
JUDAH STEIN▲·
ELIYAHU BABAD▲·
MARK ROZENBERG ·
KENNETH WILLARD▲·

▲ NJBar Admissions
^ CT & NJ Bar Admissions
· NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 4, 2023

**Via CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York

   Re: **Velazquez v. FSSI, Inc.**
      **Case #: 1:22-cv-08386-LJL**

Dear Judge Liman:

  We represent the plaintiff in the above matter. We write to respectfully request that the Initial Pretrial Conference scheduled for January 13, 2023, be adjourned because Defendant has not yet been served, nor reached out to Plaintiff.

  Plaintiff has diligently made several attempts to serve Defendant with the summons and complaint at its place of business, but was not able to do so. As service was due by December 29, 2022, per Rule 4(m), Plaintiff respectfully requests an extension of time to complete service by other means.

  We thank Your Honor and the Court for its kind considerations and courtesies.

ORDER: The initial pretrial conference scheduled for January 13, 2023 is adjourned to February 13, 2023 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

Plaintiff's request for an extension of time to serve the Defendant under Rule 4(m) is also GRANTED. Plaintiff shall have until February 3, 2023 to serve the Defendant.

Date: 1/4/2023

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge